**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-21550-BLOOM/Louis**

JOHANNA MARIA VIBE ENER,

 Plaintiff,

v.

PEDRO ANTONIO MARTIN,

 Defendant.

_____/

## ORDER ON MOTION AND ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon Non-Party Maria Martin's ("Martin") Emergency Motion to Intervene, (2) to Strike Scandalous Allegations from the Complaint, and (3) to Strike the Complaint or for an Order to Show Cause, ECF No. [7]. The Court has reviewed the Motion, the record and applicable law, and is otherwise fully advised. For the reasons that follow, Martin's Motion is granted in part and denied in part.

To intervene of right under Rule 24(a)(2), a party must establish that "(1) his application to intervene is timely; (2) he has an interest relating to the property or transaction which is the subject of the action; (3) he is so situated that disposition of the action, as a practical matter, may impede or impair his ability to protect that interest; and (4) his interest is represented inadequately by the existing parties to the suit." *Fox v. Tyson Foods, Inc.*, 519 F.3d 1298, 1302–03 (11th Cir. 2008) (citing *Chiles v. Thornburgh*, 865 F.2d 1197, 1213 (11th Cir. 1989)) (citing *Athens Lumber Co. v. FEC*, 690 F.2d 1364, 1366 (11th Cir. 1982)). The court may permit anyone to intervene permissively under Rule 24(b) where upon timely motion a party "has a claim or defense that shares with the main action a common question of law or fact." Fed. R.

Civ. P. 24(b). When exercising its discretion, a district court "can consider almost any factor rationally relevant but enjoys very broad discretion in granting or denying the motion [to intervene]." *Daggett v. Comm'n on Governmental Ethics & Election Practices*, 172 F.3d 104, 113 (1st Cir. 1999).

Upon consideration of the arguments in the Motion, the Court finds good cause exists to permit Martin to intervene in this action. Thus, the Court will exercise its broad discretion to permit such intervention.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [7]**, is **GRANTED IN PART AND DENIED IN PART**.
2. Plaintiff Johanna Vibe Ener must file a response to the Motion **no later than May 1, 2019**, indicating why the allegations relating to Non-party Maria Martin should not be stricken.

**DONE AND ORDERED** in Miami, Florida this 26th day of April, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Johanna Maria Vibe Ener, *pro se*
61 Bridge Street Kington
Herefordshire
HR5 3DJ
United Kingdom
Email: victorvictoria888@protonmail.com